# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| HANOVER INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-0228-CV-W-DW |
| ) | |
| EXCELLENT FOOD ) | |
| PRODUCTS, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is the parties' Stipulation for Dismissal With Prejudice (Doc. 26). The parties stipulate and agree that the above captioned matter has been fully and completely settled and seek to dismiss all claims in the above-captioned cause of action *with* prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the Court dismisses this action with prejudice. The costs and expenses associated with this action shall be borne by the parties individually. This case is closed.

IT IS SO ORDERED.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Court

Date: November 28, 2005